AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Joel Mendoza Diego

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR434-DMS

I, Joel Mendoza Diego, the above named defendant, who is accused of

18 USC Sec 1001
False Statement to Federal official

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/13/08 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

X [signature]
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judicial Officer*